DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES P. MEJIA**
Appellant,

v.

**ROSA B. MEJIA**,
Appellee.

No. 4D22-150

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. FMCE18005173 (40).

James P. Mejia, Santiago de los Caballeros, Dominican Republic, pro se.

Hugo A. Rodriguez of the Law Offices of H.A. Rodriguez, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***